NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

QUICKSILVER AIR, INC., RICHARD C. SWISHER and SHARON SWISHER,

Plaintiffs,

vs.

HELICOPTER ENGINE REPAIR OVERHAUL SERVICES, INC. t/a H.E.R.O.S, INC., THE TIMKEN COMPANY, and ROLLS-ROYCE CORPORATION,

Defendants.

---

MPB CORPORATION AND TIMKEN ALCOR AEROSPACE TECHNOLOGIES, INC.,

Cross-Claimants and Cross-Defendants,

vs.

HELICOPTER ENGINE REPAIR OVERHAUL SERVICES, INC.;

Cross-Defendant and Cross-Claimant.

---

Case No. CV13-00446 GAF (CWx)

**PROTECTIVE ORDER REGARDING PROTECTION OF CONFIDENTIAL DOCUMENTS AND INFORMATION**

HELICOPTER ENGINE REPAIR OVERHAUL SERVICES, INC.,

Cross-Claimant and Cross-Defendant,

vs.

MPB CORPORATION AND TIMKEN ALCOR AEROSPACE TECHNOLOGIES, INC.;

Cross-Defendants and Cross-Claimants.

MPB CORPORATION AND TIMKEN ALCOR AEROSPACE TECHNOLOGIES, INC.;

Cross-Claimants, Cross-Defendants and Third-Party Plaintiffs;

vs.

ARROW AVIATION, LLC;

Third-Party Defendant.

Based upon stipulation of the parties, and good cause appearing, documents and information deemed "Confidential" by the parties shall be treated as such, and in accordance with the terms of the Stipulation and Protective Order Regarding Protection of Confidential Documents and Information *(as recommended by the court)* on file herein.

**IT IS SO ORDERED.**

Dated: March 20, 2014

Carla M. Woehrle

Honorable Carla M. Woehrle
United States Magistrate Judge