Jonathan P. Kagan
Ronald H. Jarashow
Baldwin, Kagan & Gormley, LLC
112 West Street
Annapolis, Maryland   21401
Tel.: 410 974-9200
Fax: 410-974-9241
Email: jkagan@bkglawfirm.com
Email: rjarashow@bkglawfirm.com

Michael J. Terhar [State Bar No. 89491]
Rose Walker, L.L.P.
2 North Lake Avenue - Suite 550
Pasadena, CA 91101
Tel.: 626-765-3000
Fax: 626-765-3030
Email: mterhar@rosewalker.com

Attorneys for Plaintiffs,
QUICKSILVER AIR, INC., RICHARD C. SWISHER
and SHARON SWISHER

Thomas T. Carpenter [State Bar No. 98051]
tcarpenter@l-a-lawoffices.com
Eric A. Amador [State Bar No. 143395]
eamador@l-a-lawoffices.com
LaMONTAGNE & AMADOR, LLP
150 S. Los Robles Avenue, Suite 940
Pasadena, California 91101
Telephone:  (626) 765-6800
Facsimile:  (626) 765-6801

Attorneys for Defendant
HELICOPTER ENGINE REPAIR OVERHAUL
SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUICKSILVER AIR, INC., et al., | Case No. CV13-00446 GAF (CWx) |
| Plaintiff, | **ORDER CONTINUING DEADLINE TO FILE PROPOSED PRETRIAL CONFERENCE ORDER AND RELATED DOCUMENTS** |
| vs. | |
| HELICOPTER ENGINE REPAIR OVERHAUL SERVICES, INC., et al., | |
| Defendants. | Assigned for All Purposes To: Judge Gary A. Feess |

1  Based upon the stipulation of the parties to extend the deadline for filing their
2  proposed pretrial conference order and related documents, as specified in this Court's
3  operative scheduling and case management order and L.R. 16-1, *et seq.*, and good
4  cause appearing therefor, it is hereby **ORDERED** that the deadline for filing all such
5  documents shall be, and is hereby, **CONTINUED** from October 27, 2014, to
6  November 3, 2014.

**IT IS SO ORDERED.**

Dated: October 27, 2014

_____
The Honorable Gary Allen Feess
UNITED STATES DISTRICT JUDGE

**LAW OFFICES**
LAMONTAGNE &
AMADOR LLP

ORDER CONTINUING DEADLINE TO FILE PRETRIAL CONFERENCE ORDER AND RELATED DOCUMENTS

234201